UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
DEBORAH THOMPSON,                                                    :   10-MC-537 (ARR)(JO)
                                                                     :
                              Petitioner,                            :
        -against-                                                    :   NOT FOR
                                                                     :   PRINT OR ELECTRONIC
UNITED STATES OF AMERICA,                                            :   PUBLICATION
                                                                     :
                              Respondent.                            :   ORDER
-------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 13, 2010 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the filed papers, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Therefore, petitioner Deborah Thompson's motion to seal or expunge her federal criminal record is denied.

SO ORDERED.

/S/
_____
Allyne R. Ross
United States District Judge

Dated: September 7, 2010
       Brooklyn, New York

SERVICE LIST:

    <u>Pro Se Plaintiff</u>
    Deborah Thompson
    3134 Meadowdale Blvd.
    Richmond, VA  23234

cc:    Magistrate Judge James Orenstein